IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40691
Conference Calendar
_____

ANTHONY CARLOS NELSON,

Plaintiff-Appellant,

versus

CARREN CHRISTIANSON, Property Officer Co. III,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:96-CV-124
- - - - - - - - - -
December 11, 1996

Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Anthony Carlos Nelson appeals the district court's dismissal as frivolous of his civil rights suit. Nelson argues that the district court erred in determining that he failed to allege a due process violation in regard to the deprivation of his property.

We have reviewed Nelson's brief and the record and find that the appeal is without arguable merit and thus frivolous.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Accordingly, the appeal is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

We caution Nelson that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Nelson is further cautioned to review any pending appeals to ensure that they do no raise arguments that are frivolous.

DISMISSED.  SANCTION WARNING ISSUED.